1056

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GARCIA, Appellant. [863 NYS2d 927]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, two decisions and orders of this Court, both dated June 18, 2001 (*People v Garcia,* 284 AD2d 479 [2001]; *People v Garcia,* 284 AD2d 481 [2001]), affirming judgments of the Supreme Court, Kings County, rendered October 26, 1998, and January 21, 1999, respectively.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE GASKIN, Appellant. [863 NYS2d 925]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 31, 2005 (*People v Gaskin,* 22 AD3d 864 [2005]), affirming a judgment of the County Court, Suffolk County, rendered October 10, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Rivera, J.P., Spolzino, Skelos and Lifson, JJ., concur.